*Castleman, James W. Stites, Ernest Woodward* and *Squire R. Ogden* for petitioners. *Messrs. Frank E. Wood, Robert S. Marx, Harry Kasfir* and *John F. Anderson* for respondent.

No. 195. TAUB ET AL. *v.* BOWLES, PRICE ADMINISTRATOR. October 8, 1945. Petition for writ of certiorari to the United States Emergency Court of Appeals denied. *Messrs. Irwin Geiger* and *Max O'Rell Truitt* for petitioners. *Acting Solicitor General Judson* and *Mr. Richard H. Field* for respondent.

No. 199. HALE *v.* UNITED STATES. October 8, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Leonard L. Lockard* for petitioner. *Acting Solicitor General Judson* and *Mr. Robert S. Erdahl* for the United States.

No. 202. STANDARD REGISTER Co. *v.* AMERICAN SALES BOOK Co., INC. October 8, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Samuel E. Darby, Jr., W. B. Turner* and *Marston Allen* for petitioner. *Messrs. Stephen H. Philbin* and *William J. Barnes* for respondent.

No. 210. P. G. LAKE, INC. *v.* COMMISSIONER OF INTERNAL REVENUE. October 8, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Harry C. Weeks* for petitioner. *Acting Solicitor General Judson, Assistant Attorney General Clark, Messrs. Sewall Key, Newton K. Fox, Walter J.*